# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158942-3(60)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL DWAYNE SCOTT,
     Defendant-Appellant.
_____/

SC: 158942, 158943
COA: 340750, 340761
Dickinson CC: 17-005379-FC;
    17-005380-FC

On order of the Chief Justice, the motion of defendant-appellant to file a reply in excess of the page limitation is GRANTED. The 25-page reply submitted on March 20, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



Clerk